**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 14, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00501-CV

_____

### IN RE AB LAND COMPANY, Relator

_____

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-229539**

_____

## MEMORANDUM OPINION

On Tuesday, July 12, 2022, relator AB Land Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable R. O'Neil Williams, presiding judge of the 268th District Court of Fort Bend County, to set aside the trial court's July 23, 2020 order denying relator's summary

judgment and finding that relator does not have standing to defend against the counter-claim of adverse possession.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.